**Arthur D. REYNOLDS, Appellant, v. AMERICAN LEGION, DEPARTMENT OF MINNESOTA.**

No. 12810.

Circuit Court of Appeals, Eighth Circuit.

Jan. 7, 1944.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Allan Briggs, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without the taxation of costs in favor of either of the parties in this Court, on stipulation.

**Leon RUSSELL, Appellant, v. UNITED STATES of America, Appellee.**

No. 10641.

Circuit Court of Appeals, Ninth Circuit.

Feb. 21, 1944.

Lloyd Cornelius Griffith, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S., Atty., of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a judgment of dismissal be filed and entered accordingly and that the mandate of this Court issue forthwith.

**SOCIETY BRAND HAT COMPANY, a Corporation, Appellant, v. Chester BOWLES, Price Administrator, Office of Price Administration.**

No. 12779.

Circuit Court of Appeals, Eighth Circuit.

Dec. 2, 1943.

Victor Packman, of St. Louis, Mo., for appellant.

John O. Hichew, Taylor Sandison, and George L. Robertson, Attorneys, Office of Price Administration, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either party in this Court, on stipulation of parties.

**Dale STEWART, Petitioner, v. Percy A. LAINSON, Warden, Iowa State Penitentiary, Fort Madison, Iowa.**

No. 12805.

Circuit Court of Appeals, Eighth Circuit.

Jan. 3, 1944.

Dale Stewart, pro se.

PER CURIAM.

Petition for writ of habeas corpus dismissed for want of jurisdiction, etc.